IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER QUINN | : | CIVIL ACTION |
| | : | NO. 11-02471 |
| v. | : | |
| | : | |
| TAMIKA CINTRON, et al. | : | |

## **ORDER**

AND NOW this 3rd day of October, 2013, upon consideration of the motion for partial summary judgment by defendants Michael Rafferty and Russell Shoemaker (Dkt. No. 24) and the response of plaintiff Peter Quinn (Dkt. No. 27), and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motion is GRANTED. JUDGMENT is entered in favor of defendants Michael Rafferty and Russell Shoemaker and against plaintiff Peter Quinn on Counts II and V of plaintiff's amended complaint.

It is further ORDERED that:

1) This matter is listed for trial to commence on Tuesday, November 12, 2013 at 10:00AM in Courtroom 4A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2) Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than October 28, 2013. Responses to any such motions shall be filed on or before November 4, 2013; and

3) Pretrial memoranda and proposed points for charge and verdict sheets should be filed no later than October 28, 2013

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267-299-7559) promptly.

/s/ Thomas N. O'Neill Jr.

THOMAS N. O'NEILL, JR., J.