UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER QUINN | : | CIVIL ACTION |
|  | : | No. 11-02471 |
| v. | : | |
|  | : | |
| TAMIKA CINTRON, et al. | : | |

## ORDER

AND NOW, this 31th day of October, 2013, upon consideration of plaintiff's motion for reconsideration it is ORDERED that plaintiff's motion is DENIED.

It is further ORDERED that:

1) This matter is listed for trial to commence on Monday, January 6, 2014 at 10:00AM in Courtroom 4A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania;

2) Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than December 2, 2013.  Responses to any such motions shall be filed on or before December 9, 2013; and

3) Pretrial memoranda and proposed points for charge and verdict sheets shall be filed on or before December 9, 2013.

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267-299-7559) promptly.

*s/Thomas N. O'Neill, Jr.*_____

THOMAS N. O'NEILL, JR., J.